

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBOTIC VISION TECHNOLOGIES LLC, )
and FREDERICK WEIDINGER, )
    Plaintiffs, )
)
v. )    Civil Action No. 1:11-cv-250
)
ADIL SHAFI, )
    Defendant. )

## ORDER

The matter came before the Court on defendant's Rule 12 motion to dismiss for failure to state a claim or for improper venue or, in the alternative, to transfer this case.

For good cause, and the reasons stated from the Bench,

It is hereby **ORDERED** that defendant's motion to transfer this case (Doc. 9) is **GRANTED**.

Accordingly, it is further **ORDERED** that the Clerk is **DIRECTED** to **TRANSFER** this case to the Eastern District of Michigan forthwith.[1]

The Clerk is directed to send a copy of this Order to the Eastern District of Michigan and all counsel of record and to place the matter among the ended causes in the Eastern District of Virginia.

Alexandria, VA
July 1, 2011

/s/
T. S. Ellis, III
United States District Judge

---

[1] Resolution of defendant's remaining arguments, including arguments relating to *res judicata* and *collateral estoppel*, is reserved for the transferee court.