UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBOTIC VISION TECHNOLOGIES LLC and
FREDERICK WEIDINGER,

        Plaintiff(s),                      Case No. 11-CV-12909

v.                                        Honorable Julian Abele Cook, Jr.

ADIL SHAFI                         Magistrate Judge R. Steven Whalen

        Defendant(s).
_____/

ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. 09-CV-10454. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Victoria A. Roberts and Magistrate Judge Laurie J. Michelson.

                                                      s/Julian Abele Cook, Jr.
                                                      Julian Abele Cook, Jr.
                                                      United States District Judge

                                                      s/Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: July 12, 2011                                    s/ S Schoenherr
                                                            Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Victoria A. Roberts