UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBOTIC VISION TECHNOLOGIES LLC, a
Nevada Limited Liability Company, and
FREDERICK WEIDINGER, an Individual,

        Plaintiffs,

v.

ADIL SHAFI, an Individual,

        Defendant.

Hon. Victoria A. Roberts
Mag. Judge Laurie J. Michelson

Case No. 11-12909

---

| | |
|---|---|
| Thomas G. McNeill (P36895)<br>TmcNeill@dickinsonwright.com<br>Michelle L. Alamo (P60684)<br>Malamo@dickinsonwright.com<br>DICKINSON WRIGH TPLLC<br>Attorneys for Plaintiffs<br>500 Woodward Ave, Suite 4000<br>Detroit, Michigan 48226<br>Tel: 313.223.3500 / Fax: 313.223.3598 | James P. Murphy<br>murph@berrymoorman.com<br>BERRY MOORMAN, PC<br>Attorneys for Defendant<br>535 Griswold, Suite 1900<br>Tel: 313/223-1605 /Fax: 313/496-1300 |

---

## APPEARANCE

TO:    CLERK OF THE COURT

Please enter the Appearance of Michelle L. Alamo of Dickinson Wright PLLC as counsel on behalf of Plaintiffs, ROBOTIC VISION TECHNOLOGIES LLC and FREDERICK WEIDINGER, in the above-entitled matter.

        DICKINSON WRIGHT PLLC
        By:    s/ Michelle L. Alamo
            Michelle L. Alamo (P60684)
            Attorneys for Plaintiffs
            500 Woodward Ave, Suite 4000
            Detroit, Michigan 48226
            Tel: 313.223.3500

Dated: July 22, 2011        Email: malamo@dickinsonwright.com

> I hereby certify that on July 22, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.
>
> /s/ Michelle L. Alamo (P60684)
> DICKINSON WRIGHT PLLC
> 500 Woodward Avenue, Suite 4000
> Detroit, Michigan  48226
> (313) 223-3500
> malamo@dickinsonwright.com

DETROIT 49763-1 1213599v1