**Pepper Hamilton LLP**
Attorneys at Law

Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
313.259.7110
Fax 313.259.7926

James D. VandeWyngearde
direct dial: 313-393-7387
vandewyj@pepperlaw.com

August 21, 2009

*VIA FACSIMILE & U.S. MAIL*

James P. Murphy
Berry Moorman
535 Griswold Street
Suite 1900
Detroit, MI 48226

Re: *Braintech, Inc. v. Adil Shafi*
Case No. 2:09-cv-10454

Dear Mr. Murphy:

I write to confirm my client's understanding that Adil Shafi has resigned from Braintech, Inc.'s Board of Directors, effective November 2008. Braintech bases its assumption in this regard on Mr. Shafi's actions, which have been adverse to Braintech, Inc.'s best interests. Those actions include, but are not limited to, those taken by Mr. Shafi on behalf of his entity, Advenovation, Inc., which appears to compete with Braintech, Inc., and Mr. Shafi's disparagement of Braintech in the marketplace.

If Mr. Shafi has not resigned from Braintech's Board of Directors, effective November 2008, then Mr. Shafi's actions are, at a minimum, a breach of his fiduciary duties to Braintech, a breach of loyalty to Braintech, self-dealing, misappropriation of corporate opportunity, and improper competition with Braintech.

It seems clear from Mr. Shafi's actions that he resigned from Braintech's Board of Directors, effective November 2008. We are simply writing to advise you of our understanding for the record.

Very truly yours,

James D. VandeWyngearde

RECEIVED
AUG 2 4 2009
BERRY MOORMAN, P.C.

JDV/jk
cc: Mary K. Deon

Philadelphia　Boston　Washington, D.C.　Detroit　New York　Pittsburgh
Berwyn　Harrisburg　Orange County　Princeton　Wilmington

www.pepperlaw.com


EXHIBIT I