IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES LLC, a Nevada Limited Liability Company, and FREDERICK WEIDINGER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADIL SHAFI, an Individual,<br><br>Defendant. | Case No. 2:11cv12909 (VAR/LJM) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT

COMES NOW, Michael S. Lieberman, attorney of record for Defendant Adil Shafi in this matter, and respectfully requests leave to withdraw as counsel under the provisions of Local Rule 83.30(a).

Attorney Lieberman was retained as local counsel for Defendant Shafi when the matter was pending in the United States District Court for the Eastern District of Virginia (Alexandria). Attorney Lieberman was not retained as counsel after the matter was transferred from Virginia to the United States District Court for the Eastern District of Michigan (Detroit).

Dated:  December 20, 2011        Respectfully submitted,

/s/
Michael S. Lieberman (VSB #20035)
*Counsel for Defendant Adil Shafi*
**DiMuroGinsberg, PC**
1101 King Street, Suite 610
Alexandria, Virginia  22314
Tel: (703) 684-4333
Fax: (703) 548-3181
Email: mlieberman@dimuro.com

>Noah S. Hurwitz
>*Counsel for Defendant Adil Shafi*
>BERRY MOORMAN, PC
>535 Griswold, Suite 1900
>Tel: (313) 496-1200
>Fax: (313) 496-1300
>Email: nhurwitz@berrymoorman.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of such filing (NEF) to the following:

H. Jonathan Redway (VSB #42189)
DICKINSON WRIGHT PLLC
1875 Eye St., N.W., Suite 1200
Washington, D.C.  20006
Tel: (202) 659-6946
Fax: (202) 659-1559
Email: jredway@dickinsonwright.com

Michelle L. Alamo, Esq.
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Tel: (313) 223-3500
Fax: (313) 223-3598
Email: malamo@dickinsonwright.com

>/s/
>Noah S. Hurwitz