MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Adil Shafi,
    Counter-Plaintiff/Third Party Plaintiff

v.

Frederick Weidinger, et al,
    Counter-Defendants/Third Party Defendant,

and

Robotic Visions Technologies, LLC, et al
    Plaintiffs,

vs

Adil Shafi,
    Defendant.

Case Number: 09-10454
Honorable Victoria A. Roberts
Magistrate Judge Laurie Michelson

Case No: 11-12909
Honorable Victoria A. Roberts
Magistrate Judge Laurie Michelson

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michael Hluchaniuk for the following purpose(s):

■ **Conduct Settlement Conference 2/16/12 at 10:00 am**

DATED: 1/13/12

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing.

/s/ Linda Vertriest
Deputy Clerk