# EXHIBIT 1



# ADVENOVATION INC.



Vision Guided Robotics

Simplified Software Solutions

1 Product Solves Multiple Applications



(734) 516-6761
ADIL@ADVENOVATION.COM



### ADVENOVATION Inc.

Adil Shafi a robotic vision professional with over 20 years experience has created a new company to explore the potential of the next generation of vision guided robotics. We expect our next generation of robotic vision solutions to create even more opportunity to capture increased efficiencies and reliability.

Expert Consulting

System Integration and Deployment

Customizable Software Solutions

**Consulting**
Take advantage of our experience with over 300 successful robotic installations in the manufacturing industry.

**System Integration and Deployment**
20 years of successful system integration and deployment combining best of breed products from a variety of robotic systems.

**Customizable Software**
Our flexible software framework enables simple, efficient and reliable solutions for a variety of robotic guidance tasks.

ADVENOVATION Inc. © 2009



# ADVENOVATION INC.



**Guidance and Implementation for:**

Multiple Industries
Deployment Partners
Vision Algorithms
Controller Platforms
Vision Platforms
Communication Platforms



(734) 516-6761
ADIL@ADVENOVATION.COM

**Consulting and Integration**

#1 Ranking for Bin Picking by Google.com

Active Affiliations with Tier 1 and Tier 2 companies

Served on AIA Board of Directors

Served as RIA+AIA Silver Member

MBPA, MMBDC Certified

Served on RIA Education & Editorial Committees

Association with 16+ robot companies

Association with 80+ integrators



**Teaming**

At the most abstract level, we provide middleware which uses enabling technologies from vision, robots, lasers, etc. and creates software products that enable full solutions. We then supply these solutions to a network of integrators and end users in a format tailored to, and potentially by, the customer.

More specifically, we supply software solutions for vision-guided robotics which combine machine vision and robotics. In this realm we have more than 300 solutions for various vertical applications such as auto racking, bin picking, 3D measurement, inspection, flexible feeding, path following, machine tending, etc.

Served on 10+ Boards Michigan Technological University

**Partner Desciminators**

Industry Focus

Platform Experience

Geographical Proximity

End User

**Complete Industry Coverage**

Robotic Vendors

Vision Platforms

Controller Generations

Communications Platforms

ADVENOVATION Inc. © 2009



# ADVENOVATION INC.



" In order of importance : robustness, price, support, ease of use." Adil Shafi


(734) 516-6761
ADIL@ADVENOVATION.COM

Integration for Multiple Vendors

| Industry Experience | Solution Classes | Multiple Techniques |
|---|---|---|
| Aerospace | 2D and 3D Racking | Passive Cameras |
| Defense | Bin Picking | Range Sensors |
| Automotive | Measurement | Time of Flight Sensors |
| Packaging | Inspection | Lasers |
| Medical | Flexible Feeding | Geometric Augmentation |
| Rehabilitation | Conveyor Tracking | Point Clouds |

PSI COGNEX — PARTNER SYSTEM INTEGRATOR
MATROX IMAGING
MICROSCAN
ifm — Precision Data Acquisition and Control Solutions

Pharmaceutical
Semiconductor
Consumer Products

Stationary Survey
7th Axis
Mobile Platforms
PID Loop
Jacobian Haptic Synergies

Combinatorial Synergies



**Support for Multiple Platforms and Generations**

**Complete Solutions**

   

Robots    Work Cells    Software    Controllers





**Multiple Communication Protocols**

Serial

Ethernet

DeviceNet

Profibus

Modbus

ADVENOVATION Inc. © 2009



# ADVENOVATION INC.

### Open your eyes to the possibilities!

Allow us to show you the difference our expertise can make in formulating quality solutions to your automation challenges. Our extensive relationships and knowledge within the robotics industry make us a great resource even if you are just getting started with automation.

### Proud supporter of Michigan business

Our presence in Michigan provides timely and convenient support for much of the manufacturing industries in the mid west.



**Adil Shafi**

Telephone: +1 (734) 516-6761
E-mail: adil@advenovation.com

ADVENOVATION Inc. © 2009

http://www.advenovation.com/index-3.html

3/14/2011