# EXHIBIT 2



Machine Vision Solutions

HOME | ABOUT US | CONTACT | FAQ

## Aptúra Machine Vision Solutions



An industry leader specializing exclusively in machine vision systems integration for automated applications in a wide variety of industries.

Providing custom turnkey machine vision solutions, engineering services, and technical support.


Machine Vision Systems, Service and Support

### More Information

Integrated Systems/Standard Solutions

Service and Support

Resources and Partner Links

### News and Upcoming Events



**Aptúra Offices Have Moved**
For your records, please note our new address and phone number below. Aptúra has moved our main office just a few miles to the East to the "Automation Alley" town of Williamston, MI. Our new facilities are similar in size and layout to our previous leased space, and are located in the heart of a growing high-tech area in Mid-Michigan.

**Address:**
795 Progress Court
Williamston, MI 48895

**Phone:**
517-655-7860

» read more



**SPIE Optics & Photonics**
August 1-5 San Diego Convention Center San Diego, CA
See the Latest Research in Solar, Nano, Optical, and Photonics Technologies and Applications

» read more



**NI Week**
August 3-5
Not completely dedicated to machine vision technology, but a valuable event for NI integrators and end-users.

» read more

### Guaranteed Solutions



Turnkey machine vision solutions from Aptúra Machine Vision Solutions are 100% guaranteed, reducing customer risk and ensuring return on investment.

» read more

### WE'VE MOVED!



...but not far. Our new address is 795 Progress Court, Williamston, MI 48895

» More Info

### Machine Vision Systems, Service, and Support



Aptúra Machine Vision Solutions is an integration and engineering resource firm dedicated to helping you achieve maximum returns on your machine vision investments. Aptúra provides Systems, Service, and Support to companies using machine vision technology.

*Integrated Systems:* Complete, turnkey inspection solutions installed as a standalone application, or on existing automation. Machine vision solutions from Aptúra feature a complete performance guarantee.

*Engineering Services:* Machine vision consulting, project management, programming, installation, and training.

*Technical Support:* On-site service of existing machine vision automation equipment, regardless of the original manufacturer or integrator.

Aptúra's areas of machine vision functional expertise include
- Assembly Verification
- Metrology/Gauging
- 2D and 3D Robotic Guidance
- Quality Assurance: OCR/OCV, Print Quality, Presence and Location

Aptúra has extensive experience providing inspection solutions for diverse industrial application bases including
- Electronics
- Consumer Goods
- Pharmaceutical
- Aerospace
- Medical Device
- Food and Beverage
- Packaging, Containers, and Logistics
- Automotive



### Experience matters

Aptúra Machine Vision Solutions is widely regarded for expertise in the integration of machine vision technology for industrial automation. Aptúra specializes exclusively in machine vision technology, and our engineers have many years of experience in disciplines critical to inspection system integration including lighting and optics, machine vision algorithms, programming and computer science, electrical and mechanical engineering, and project management.

As a general purpose systems integrator, Aptura applies machine vision products and components from

Cognex® Partner
Systems Integrator





Automated Imaging Association - member since 1991

a variety of vendor partners. You may rely on Aptúra to deliver a successful inspection solution that meets your company's product specifications.

» read more

Copyright 2007-2010 Aptúra Machine Vision Solutions, LLC. All right reserved.

www.aptura.com



Home::About Us

# Aptúra Information, History, Staff, Offices

**Aptúra -**

ap·túr·a (ăp toor e) adj.
[->Latin aptus]
1. apt, capable
2. competent, successful
3. intelligent

### Introduction

Aptúra Machine Vision Solutions is an integration and engineering resource firm dedicated to helping you achieve maximum returns on your machine vision investments. Aptúra provides Integrated Systems, Engineering Services, and Technical Support to companies using machine vision technology.

Aptúra covers a wide ranging geographic area with main offices located in Lansing, MI, and a regional sales and engineering office in Arlington Heights, IL (Chicago area). Aptúra serves customers throughout North America, Puerto Rico, Hawaii, and the Pacific Rim.

### Machine Vision Experts

Aptúra specializes exclusively in machine vision systems integration. Our systems feature state-of-the-art machine vision components teamed with appropriate automation components as required.

### Our Exclusive Guarantee

Solutions from Aptúra are guaranteed to perform to specification.

### History

Aptúra Machine Vision Solutions, LLC was founded in 2003. It was an offshoot of Insight Integration, Inc. another successful machine vision integration firm founded by the same owner in 1990. (Insight merged with a larger company in 2001, and was fully acquired in a subsequent IPO.)

### About the Owner

David Dechow is president and founder of Aptúra Machine Vision Solutions. Mr. Dechow has worked in the field of machine vision for over 25 years as a programmer, engineer, corporate manager and entrepreneur. He has personally implemented hundreds of vision systems for companies in a variety of industries. He is a former member of the board of directors of the Automated Imaging Association, having served for over 14 years, with two terms as president of the Board. Mr. Dechow lectures on machine vision technology and integration at many conference events and is a regular contributor of machine vision articles in trade journals and magazines. He has served on the editorial board of Vision Systems Design, and is a currently on the editorial advisory board of Vision & Sensors. Mr. Dechow was the 2007 recipient of the AIA Automated Imaging Achievement Award for career achievements in industrial and/or scientific imaging. [Google me]

## Locations

### Main Offices

Aptúra Machine Vision Solutions, LLC
795 Progress Court
Williamston, MI 48895
517-655-7860
FAX 866-575-1583

download PDF map and directions




### Chicago Area

Sales and Engineering Offices
Aptúra Machine Vision Solutions, LLC
925 E. Rand Road, Suite 209
Arlington Heights, IL 60004
847-259-1830
FAX 847-259-1817

Copyright 2007-2010. Aptúra Machine Vision Solutions, LLC. All right reserved.
www.aptura.com



Home : Contact

**Key Phone Numbers**

Sales - Systems, Service, and Support
Eastern US and International
David Dechow
Office: 517-655-7860 x11
Mobile: 517-449-5173

Sales - MI, OH, IN
Adil Shafi
Mobile: 734-516-6761
ashafi@aptura.com

Sales - Systems, Service, and Support
Western US
Herb Ruterschmidt
Office: 847-259-1830
Mobile: 847-650-9980

Service, Parts and Support Issues
Don Stouffer
Office: 517-655-7860 x13
Mobile: 517-449-5173

Accounting
Amy Perkins
Office: 517-655-7860 x10
Mobile: 517-449-5173

HOME | ABOUT US | CONTACT | FAQ

**E-mail**

Due to increased spam caused by automated web page searches for e-mail addresses, this page does not contain active links to your e-mail client.
We are sorry for the inconvenience.
Please open your e-mail client (Outlook, Notes, etc.) and manually enter an address below.

David Dechow:
ddechow@aptura.com
Herb Ruterschmidt:
hruterschmidt@aptura.com
Don Stouffer:
dstouffer@aptura.com
Amy Perkins:
aperkins@aptura.com
Larry Koziel:
lkoziel@aptura.com

**Locations**

**Main Offices**

Aptúra Machine Vision Solutions, LLC
795 Progress Court
Williamston, MI 48895
517-655-7860
FAX 866-575-1583

download PDF map and directions

**Chicago Area**

Sales and Engineering Offices
Aptúra Machine Vision Solutions, LLC
925 E. Rand Road, Suite 209
Arlington Heights, IL 60004
847-259-1830
FAX 847-259-1817




Copyright 2007-2010. Aptúra Machine Vision Solutions, LLC. All right reserved.

www.aptura.com



HOME | ABOUT US | CONTACT | FAQ

Home::FAQ

## Frequently Asked Questions About Aptúra Machine Vision Solutions

Some of the most common questions asked about Aptúra regarding the company, our capabilities, and our systems and services.

**What is a "custom turnkey inspection solution"?**

There are just a few machine vision inspection products on the market that target specific inspections - unique to a single part and/or process. Most machine vision components, however, are considered "general purpose", that is; they offer generic inspection capabilities and must be competently programmed or configured to perform a specific inspection. The complexity of these components varies greatly as does the hardware architecture. Furthermore, the successful implementation of a machine vision inspection system requires the correct specification of lighting and optics, imaging design, and image algorithms.

Aptúra provides our customers with systems design engineering and specification of a full system, built from general-purpose components, "custom fit" to perform the exact inspections required for the application. The machine vision system, along with appropriate automation equipment is built and integrated and delivered as a package unit to the customer's floor where Aptúra engineers install, configure, test and validate the equipment. In addition, Aptúra provides training and follow-up service for the system, along with our exclusive performance guarantee.

**How do we obtain a proposal for an inspection system?**



All potential applications are thoroughly analyzed by Aptúra, specifically to identify the correct lighting, imaging, part presentation, and inspection algorithms necessary to provide our customers with a fully guaranteed turnkey inspection solution. This process usually begins with a brief interview to gather information about the part to be inspected, the manufacturing process, and the general inspection requiremnets. Normally it is crucial that part samples be provided showing both good and rejected parts. From all the information collected, Aptúra will develop an application specification and system specification which will outline the project requirements, the proposed system, scope of work, acceptance criteria, and any technological limitations that may be encountered. Along with that information, Aptúra will provide a quotation for integration and implementation of the proposed system.

Start the process by calling one of Aptúra's offices, and ask for an application analysis.

**Can I get a budgetary or verbal quote?**

Sometimes an inspection application is quite clearly defined, or very closely matches a previous application. In these cases, Aptúra may be able to provide a rough estimate of the materials and engineering that will be needed to install a full system. In many cases, though, a quick estimate is not possible because of the extensive preliminary analysis (as described above) needed to define the exact hardware and software that will comprise a successful inspection system for the target part(s).

**Does Aptúra build entire automation systems?**

Aptúra specializes exclusively in machine vision inspection. Because part handling and presentation is so critical to most machine vision applications, many of our systems contain some automation. Often, our systems will be incorporated on existing or new automation provided by our customers. For those situations where that is not the case, Aptúra does provide fully automated solutions, provided the purpose of the system is primarily machine vision inspection.

Machine Vision's Frequently Asked Questions

Copyright 2007-2009. Aptúra Machine Vision Solutions, LLC. All right reserved.                                                                 www.aptura.com