UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robotic Vision Technologies
LLC, et al.,

                        Plaintiff(s),

v.                                         Case No. 2:11−cv−12909−VAR−LJM
                                         Hon. Victoria A. Roberts

Adil Shafi,

                        Defendant(s).

**NOTICE OF DENIAL OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

   A Clerk's Entry of Default as to Adil Shafi has been requested pursuant to Fed. R. Civ. P. 55(a).  The Clerk's Entry of Default will not be entered for the following reason(s):

- Answer to Amended Complaint filed 2/14/12

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                     DAVID J. WEAVER, CLERK OF COURT

                                                     By: s/ P. Miller
                                                          Deputy Clerk

Dated:   February 14, 2012