UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBOTIC VISION TECHNOLOGIES, LLC, and
FREDERICK WEIDINGER, an individual,

      Plaintiffs,

vs

ADIL SHAFI,

      Defendant.
_____/

Case No. 11-12909
Hon. Victoria A. Roberts

## NOTICE OF APPEARANCE

To:    Clerk of the Court

    PLEASE TAKE NOTICE that Sheryl A. Laughren of the law firm of Berry Moorman P.C. hereby enters her appearance in this matter on behalf of Defendant.

BERRY MOORMAN P.C.

By:   /s/ Sheryl A. Laughren (P34697)
Sheryl A. Laughren (P34697)
Attorneys for Defendant
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200
E-mail: slaughren@berrymoorman.com

Dated: February 15, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of such filing (NEF) to the following:

{00048800;v1 }

1

Sheryl A. Laughren (P34697)  
BERRY MOORMAN P.C.  
Attorneys for Adil Shafi  
535 Griswold, Suite 1900  
Detroit, Michigan 48226  
(313) 496-1200  

Anne Widlak (P35763)  
Susan D. Koval (P59297)  
NEMETH BURWELL, P.C.  
Attorneys for Braintech, Inc.  
200 Talon Centre Drive, Suite 200  
Detroit, Michigan 48207  
(313) 567-5921  

Thomas G. McNeill (P36895)  
Attorney for Weidinger, Robotic Vision Technologies  
500 Woodward Ave, Suite 4000  
Detroit, Michigan 48226  
Tel: 313.223.3500  

/s/ Eva Spagnuolo  
Eva Spagnuolo