UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter-Plaintiff,

vs

Case No. 09-10454
Hon. Victoria A. Roberts

BRAINTECH, INC,

    Counter-Defendant,
_____/

AND

ROBOTIC VISION TECHNOLOGIES, LLC, and
FREDERICK WEIDINGER, an individual,

    Plaintiff

vs

Case No. 11-12909
Hon. Victoria A. Roberts

ADIL SHAFI,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2012, I electronically filed Berry Moorman PC's Motion for Leave to Withdraw as Adil Shafi's Counsel and served the motion on my Shafi by email at:

    ashafi@provide.net

        Respectfully submitted,
        /s/ Noah S. Hurwitz
        Sheryl A. Laughren (P34697)
        Noah S. Hurwitz (P74063)
        BERRY MOORMAN P.C.
        Attorneys for Adil Shafi
        535 Griswold, Suite 1900
May 9, 2012        Detroit, MI 48226