UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI,

    Counter-Plaintiff,

vs                                                                                  Case No: 09-10454
                                                                                    Honorable Victoria A. Roberts
BRAINTECH, INC., ET AL,

    Counter-Defendant,
_____/

and

ROBOTIC VISION TECHNOLOGIES, LLC,
ET AL,

    Plaintiffs

vs                                                                                  Case No: 11-12909
                                                                                    Honorable Victoria A. Roberts
ADIL SHAFI,

    Defendant.
_____/

## ORDER

Pursuant to the Court's request on August 13, 2012, counsel for Braintech, Frederick Weidinger and Robotic Vision Technologies, LLC submitted bills for costs. The bill submitted by Thomas McNeill accurately summarizes the events leading to submission of the bills for cost.

Adil Shafi must pay Thomas McNeill and his law firm $2,086.50, and Anne Widlak and her firm, $450.00. Payment must be made to them on or before September 4, 2012 or Adil Shafi will face additional sanctions.

**IT IS ORDERED.**

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: August 23, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Adil Shafi by electronic means or U.S. Mail on August 23, 2012.<br><br>S/Linda Vertriest<br>Deputy Clerk |