UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES, LLC; a Nevada limited liability company; and FREDERICK WEIDINGER, an individual, | Case No. 2:11-cv-12909 |
| Plaintiffs, | Honorable Victoria A. Roberts |
| Vs. | **APPEARANCE** |
| ADIL SHAFI, | |
| Defendant. | |

_____/

| | |
|---|---|
| Michelle L. Alamo (P60684) | T. Michael Doyle (P12931) |
| Thomas G. McNeill (P36895) | John J. Doyle (P46865) |
| DICKINSON WRIGHT | DOYLE & MALINZAK, P.C. |
| Attorney for Plaintiffs | Attorney for Defendant |
| 500 Woodward Avenue, Suite 4000 | 45 Blue Star Highway |
| Detroit, Michigan 48226-3425 | Douglas, Michigan 49406 |
| (313) 223-3500 | (269) 857-3111 |

_____/

NOW COMES John J. Doyle of Doyle & Malinzak, P.C. and hereby enters his Appearance for and on behalf of Defendant, Adil Shafi, in the above entitled matter.

Dated:  September 10, 2012          DOYLE & MALINZAK, P.C.
                                    Attorney for Defendant

                                    By: */s/ John J. Doyle*
                                       T. Michael Doyle (P12931)
                                       John J. Doyle (P46865)
                                       45 Blue Star Highway
                                       Douglas, Michigan 49406
                                       (269) 857-3111