UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI,

    Counter-Plaintiff,

vs                                                          Case No: 09-10454
                                                        Honorable Victoria A. Roberts

BRAINTECH, INC., ET AL,

    Counter-Defendant.

_____/

and

ROBOTIC VISION TECHNOLOGIES, LLC,
ET AL,

    Plaintiffs,

vs                                                         Case No: 11-12909
                                                        Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant.

_____/

## ORDER

        On September 4, 2012, Adil Shafi filed an appeal of Mr. McNeil's bill. He also requests additional time to pay counsel. The Court considers this as a Motion for Reconsideration of its August 23, 2012 Order. The Court GRANTS Mr. Shafi's request.

        Mr. Shafi is correct that he is responsible only for the time Mr. McNeil spent in court. Accordingly, Mr. Shafi must pay Thomas McNeil and his law firm $472.50, which represents .9 hours at an hourly rate of $525.00.

The Court grants Mr. Shafi's request for additional time to pay. Mr. Shafi has until September 30, 2012 to make payments to Ms. Widlak and her firm and Mr. McNeil and his firm.

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 11, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Adil Shafi by electronic means or U.S. Mail on September 11, 2012.<br><br>S/Linda Vertriest<br>Deputy Clerk |