MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Adil Shafi,
        Plaintiff(s),

Case Number: 09-10454
Honorable Victoria A. Roberts
Magistrate Judge Laurie Michelson

v.

Braintech, Inc., et al,
        Defendant(s),

and

Robotic Visions Technologies, LLC,
        Plaintiff(s).

Case No: 12-12909
Honorable Victoria A. Roberts
Magistrate Judge Michelson

vs

Adil Shafi,
        Defendant(s)
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Mona K. Majzoub for the following purpose(s):

■ **Conduct Settlement Conference in March 2013. Date and time to be set my Magistrate Judge Michelson**

DATED:   9/11/12

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing.

/s/ Linda Vertriest
Deputy Clerk