UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBOTIC VISION TECHNOLOGIES, LLC, and
FREDERICK WEIDINGER,

                Plaintiffs,                            Case No.  11-12909

vs.                                                  Hon. Victoria A. Roberts

ADIL SHAFI,

                Defendant.

_____/

### STIPULATED ORDER CONCERNING PRODUCTION OF DOCUMENTS
### AND TANGIBLE THINGS

This matter has come before the Court on Plaintiff's Motion to Compel filed on February 4, 2013, the Court issued a Notice of Telephone Conference on Pending Motion dated February 11, 2013, the Court is advised that the Parties have fully resolved the Motion to Compel and have stipulated to the entry of this Order, and the Court is otherwise informed in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

On or before February 28, 2013, Defendant shall produce all documents and tangible things that are responsive to each request set forth in Defendants' First Request for Production (request nos. 1 through 37).

On or before February 28, 2013, Advenovation, Inc. shall produce all documents and tangible things that are responsive to each request set forth in Defendants' subpoena dated April 23, 2013 (request nos. 1 through 37).

Prior to the production of documents and tangible things, but no later than February 22, 2013, Plaintiffs and Defendant shall enter into a mutually acceptable form of a Protective Order

that provides for two levels of protection: (a) "Confidential," and (b) "Confidential – Attorneys' and Experts' Eyes Only."  Such order shall provide a process of initial designation by Defendant and/or Advenovation, review and challenge by Defendants' counsel and resolution by the Court if necessary.

If the Parties' are unable to agree to the form of Protective Order, the Court shall enter a Protective Order in a form determined by the Court.

On a document by document basis, Defendant and Advenovation may make an initial designation of "Confidential–Attorneys' and Experts' Eyes Only" as to such documents, or portions thereof, as qualify for that designation and but only those that are responsive to request nos. 4, 5, 7, 9, 16 and 18.

Defendant Adil Shafi's deposition shall take place between March 11 and 15, 2013, or as otherwise may be agreed by the Parties.

The Court reserves its determination upon Plaintiffs' requests for an award of attorneys' fees (as noted in the Court's Notice of telephonic Conference) until after Defendant's and Advenovation's compliance with this Order can be evaluated.

/s/ Victoria A. Roberts
_____
Honorable Victoria A. Roberts

Dated:  2/14/13

APPROVED AS TO CONTENT AND FORM:

By: /s/ Thomas G. Neill
Thomas G. McNeill (P36895)
Michelle L. Alamo (P60684)
DICKINSON WRIGHT PLLC
500 Woodward Ave, Suite 4000
Detroit, Michigan 48226
Tel: 313.223.3500
Fax: 313.223.3598
tmcneill@dickinsonwright.com
malamo@dickinsonwright.com

2

Counsel for Plaintiffs


By: /s/ John J. Doyle_____
T. Michael Doyle (P12931)
John J. Doyle (P46865)
DOYLE & MALINZAK PC
45 Blue Star Highway
Douglas, MI 49406
Tel: 269.857.3111
johnjdoyle@doylegroupattorneys.com

Counsel for Defendant