UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES, LLC; a Nevada limited liability company; and FREDERICK WEIDINGER, an individual, | Case No. 2:11-cv-12909 |
| Plaintiffs, | Honorable Victoria A. Roberts |
| Vs. | **APPEARANCE** |
| ADIL SHAFI, | |
| Defendant. | |

_____/

| | |
|---|---|
| Michelle L. Alamo (P60684) | T. Michael Doyle (P12931) |
| Thomas G. McNeill (P36895) | DOYLE & MALINZAK, P.C. |
| DICKINSON WRIGHT | Attorney for Defendant |
| Attorney for Plaintiffs | 45 Blue Star Highway |
| 500 Woodward Avenue, Suite 4000 | Douglas, Michigan 49406 |
| Detroit, Michigan 48226-3425 | (269) 857-3111 |
| (313) 223-3500 | |

_____/

NOW COMES T. Michael Doyle of Doyle & Malinzak, P.C. and hereby enters his Appearance for and on behalf of Defendant, Adil Shafi, in the above entitled matter.

Dated:  January 10, 2014          DOYLE & MALINZAK, P.C.
                                  Attorney for Defendant

                                  By:  */s/ T. Michael Doyle*
                                     T. Michael Doyle (P12931)
                                     45 Blue Star Highway
                                     Douglas, Michigan 49406
                                     (269) 857-3111