UNITED STATES DISTRICT COURT
SOUTHERN DIVISION
EASTERN DISTRICT


ROBOTIC VISION TECHNOLOGIES, LLC, ET AL

      Plaintiffs,

vs                                                                  Case No: 11-12909
                                                                    Honorable Victoria A. Roberts
ADIL SHAFI,

      Defendant.

_____/


## NOTICE

      The Court has not heard from Defendant's attorney, Michael Doyal regarding the

Court's recommendation for special master, Lee Hollaar. If the Court does not hear from

Mr. Doyle by Monday, February 3d , the Court will enter its order and Mr. Hollaar will be

in touch with Mr. Doyle and Mr. McNeill concerning his fee.


                      /s/ Victoria A. Roberts
                      Victoria A. Roberts
                      United States District Judge


Dated:  January 30, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 30, 2014.

s/Linda Vertriest
Deputy Clerk