# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBOTIC VISION TECHNOLOGIES, LLC,
and FREDERICK WEIDINGER,
Plaintiffs,

CIVIL No. 11-12909

Hon. Victoria A. Roberts

v.

ADIL SHAFI,
Defendant.

## STATEMENT UNDER PENALTY OF PERJURY OF LEE A. HOLLAAR

Lee A. Hollaar, of legal age, married, resident of the state of Utah, and Professor at the University of Utah, under penalty of perjury, states as follows:

1.     I have reviewed 28 U.S.C. § 455 and have not found any provision in said statute that would bar me from serving as a special master in this case or any other reason why my impartiality could reasonably be questioned in connection with this litigation.

2.     In particular, I have not served as an expert, consultant, mediator, special master, or in any other capacity in any proceeding involving any of the parties in this litigation, or their counsel.

3.     I do not have a financial interest in the subject matter in controversy or in any of the parties to this proceeding, or their officers, directors, or trustees

4.     I have not met any of the parties' representatives or counsel in person and do not know or have any relationship with the parties, their officers, directors, or trustees, or the parties' counsel.

5.     No one in my household, nor anyone related to me, has any interest in the outcome of this case, financial or otherwise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

In Salt Lake City, Utah, this 3ᴿᴰ day of February, 2014.

_____
Professor Lee A. Hollaar