# *<u>SCHEDULE 1</u>*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES, LLC; a Nevada limited liability company; and FREDERICK WEIDINGER, an individual, | Case No. 2:11-cv-12909 |
| Plaintiffs, | Honorable Victoria A. Roberts |
| Vs. | **AFFIDAVIT OF ADIL SHAFI** |
| ADIL SHAFI, | |
| Defendant. | |

| | |
|---|---|
| Michelle L. Alamo (P60684) | T. Michael Doyle (P12931) |
| Thomas G. McNeill (P36895) | DOYLE & MALINZAK, P.C. |
| DICKINSON WRIGHT | Attorney for Defendant |
| Attorney for Plaintiffs | 45 Blue Star Highway |
| 500 Woodward Avenue, Suite 4000 | Douglas, Michigan 49406 |
| Detroit, Michigan 48226-3425 | (269) 857-3111 |
| (313) 223-3500 | |

Adil Shafi, being duly sworn, deposes and says as follows:

1. I am over 18 years of age.

2. This Court has appointed a Master to decide issues not plead in Plaintiff's Amended Complaint.

3. The Court has ordered me to pay the Master a $5,000.00 advance by February 28, 2014 when the Master has disclosed that he cannot review the matter until sometime after March 12, 2014.

4. The Court has ordered that my $5,000.00 advance is not recovered even should I prevail in this matter.

1

5. I do not have immediate access to $5,000.00; the Court should extend the period during which I am required to pay the $5,000.00 until after the Master will commence his work.

6. The Court should require that the Master complete a comparison of the Complaint to the order of the Court prior to ordering an advance payment by me.

Further affiant sayeth not.

Dated: March ____, 2014  _____
Adil Shafi

STATE OF MICHIGAN  )
) ss
COUNTY OF  )

On this _____ day of March, 2014, before me, a notary public in and for said County, personally appeared to me known to be the same person described in and who executed the foregoing Affidavit and acknowledged that he executed it as his free act and deed.

_____

Notary Public, _____County, Michigan
My commission expires: _____

2