UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBOTIC VISION TECHNOLOGIES LLC,
and FREDERICK WEIDINGER,

      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　Case Number: 11-12909
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Victoria A. Roberts

ADIL SHAFI,

      Defendant.
_____/

**ORDER DENYING DEFENDANTS' AMENDED
MOTION FOR RECONSIDERATION (DOC. # 57)**

Before the Court is Defendant's Amended Motion for Reconsideration of the Court's February 18, 2014, Order Appointing Special Master.

Local Rule 7.1(h)(3) provides the Court's standard of review:

> Generally, and without restricting the court's discretion, the court will not grant motions for ... reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

E.D. Mich. LR 7.1(h)(3).  Palpable defects are those which are "obvious, clear, unmistakable, manifest or plain." *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002).  "It is an exception to the norm for the Court to grant a motion for reconsideration." *Maiberger v. City of Livonia*, 724 F. Supp. 2d 759, 780 (E.D. Mich. 2010).  "[A]bsent a significant error that changes the outcome of a ruling on a motion, the Court will not provide a party with an opportunity to relitigate issues already decided." *Id.*

The Court finds that Defendant's arguments do not demonstrate palpable defects, which if corrected would result in a different disposition of the Court's order.

Defendant's Motion for Reconsideration is **DENIED**.  Defendant must deliver to Dr. Hollaar a retainer of $5,000 no later than March 14, 2014; failure to do so will result in contempt of court and issuance of sanctions.  If he has not already done so, Dr. Hollaar must compare the Complaint to the Court's Order Appointing Special Master.

**IT IS ORDERED.**

        S/Victoria A. Roberts
        Victoria A. Roberts
        United States District Judge

Dated:  March 10, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 10, 2014.

s/Linda Vertriest
Deputy Clerk

---