UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES, LLC; a Nevada limited liability company; and FREDERICK WEIDINGER, an individual, | Case No. 2:11-cv-12909 |
| Plaintiffs, | Honorable Victoria A. Roberts |
| Vs. | **DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE DATED MARCH 20, 2014** |
| ADIL SHAFI, | |
| Defendant. | |

| | |
|---|---|
| Michelle L. Alamo (P60684) | T. Michael Doyle (P12931) |
| Thomas G. McNeill (P36895) | DOYLE & MALINZAK, P.C. |
| DICKINSON WRIGHT | Attorney for Defendant |
| Attorney for Plaintiffs | 45 Blue Star Highway |
| 500 Woodward Avenue, Suite 4000 | Douglas, Michigan 49406 |
| Detroit, Michigan 48226-3425 | (269) 857-3111 |
| (313) 223-3500 | |

NOW COMES Defendant Adil Shafi and in response to this Court's Order to Show Cause why the Court should not hold him in contempt says as follows:

1. He does not have $5,000 in cash to comply with the Court's retainer order and is seeking to have this Court allocate the judgment he received against the majority owner of Plaintiff (Mr. Weidinger) in a companion case - *Adil Shafi vs. Braintech, Inc.*, Case No. 2:09-cv-10454 - in the amount of $180,000. This judgment has not been appealed.

2. Defendant incorporates his motion concerning application of the money judgment herein.

WHEREFORE, Defendant prays that this Court not hold him in contempt.

Dated:  March 28, 2014                            DOYLE & MALINZAK, P.C.
                                                  Attorney for Defendant

                                                  By:  */s/ T. Michael Doyle*
                                                       T. Michael Doyle (P12931)
                                                       45 Blue Star Highway
                                                       Douglas, Michigan 49406
                                                       (269) 857-3111

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2014, I electronically filed the foregoing paper *(Defendant's Response to Order to Show Cause Dated March 20, 2014)* with the Clerk of the Court using the ECF system, which will send notification of such filing and service of such documents to all parties via their counsel of record at the e-mail addresses disclosed on the Notice of Electronic Filing receipt.

                        DOYLE & MALINZAK, P.C.
                        Attorney for Defendant

                        By:   */s/ T. Michael Doyle*
                            T. Michael Doyle (P12931)
                            45 Blue Star Highway
                            Douglas, Michigan 49406
                            (269) 857-3111