UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES, LLC; a Nevada limited liability company; and FREDERICK WEIDINGER, an individual, | Case No. 2:11-cv-12909 |
| Plaintiffs/Counter-Defendants, | Honorable Victoria A. Roberts |
| Vs. | **DEFENDANT/COUNTER-PLAINTIFF'S MOTION TO APPLY MONETARY JUDGMENT AS SECURITY** |
| ADIL SHAFI, | |
| Defendant/Counter-Plaintiff. | |

| | |
|---|---|
| Michelle L. Alamo (P60684) | T. Michael Doyle (P12931) |
| Thomas G. McNeill (P36895) | DOYLE & MALINZAK, P.C. |
| DICKINSON WRIGHT | Attorney for Defendant |
| Attorney for Plaintiffs | 45 Blue Star Highway |
| 500 Woodward Avenue, Suite 4000 | Douglas, Michigan 49406 |
| Detroit, Michigan 48226-3425 | (269) 857-3111 |
| (313) 223-3500 | |

NOW COMES Defendant/Counter-Plaintiff and moves this Court to allow Defendant/Counter-Plaintiff to apply his monetary judgment in *Adil Shafi vs. Braintech, Inc.*, Case No. 2:09-cv-10454, as security for his $5,000 escrow obligation ordered in this case.

A copy of the Court's Order and the judgment are referenced herein.

Dated: March 28, 2014

DOYLE & MALINZAK, P.C.
Attorney for Defendant

By:   */s/ T. Michael Doyle*
   T. Michael Doyle (P12931)
   45 Blue Star Highway
   Douglas, Michigan 49406
   (269) 857-3111

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES, LLC; a Nevada limited liability company; and FREDERICK WEIDINGER, an individual, | Case No. 2:11-cv-12909 |
| Plaintiffs/Counter-Defendants, | Honorable Victoria A. Roberts |
| Vs. | |
| ADIL SHAFI, | |
| Defendant/Counter-Plaintiff. | |

_____/

| | |
|---|---|
| Michelle L. Alamo (P60684) | T. Michael Doyle (P12931) |
| Thomas G. McNeill (P36895) | DOYLE & MALINZAK, P.C. |
| DICKINSON WRIGHT | Attorney for Defendant |
| Attorney for Plaintiffs | 45 Blue Star Highway |
| 500 Woodward Avenue, Suite 4000 | Douglas, Michigan 49406 |
| Detroit, Michigan 48226-3425 | (269) 857-3111 |
| (313) 223-3500 | |

_____/

**DEFENDANT/COUNTER-PLAINTIFF'S BRIEF
IN SUPPORT OF DEFENDANT/COUNTER-
PLAINTIFF'S MOTION TO APPLY
MONETARY JUDGMENT AS SECURITY**

i

**TABLE OF CONTENTS**

Page No.

INDEX OF AUTHORITIES …………………………………………… iii

INDEX OF EXHIBITS ………………………………………………….. iv

CONCURRENCE OF RELIEF SOUGHT ………………………………… v

STATEMENT OF ISSUES ………………………………………………… vi

STATEMENT OF CONTROLLING/MOST APPROPRIATE AUTHORITY vii

FACTS ……………………………………………………………………. 1

ISSUES …………………………………………………………………… 1

ARGUMENT ……………………………………………………………… 1

CONCLUSION AND RELIEF REQUESTED ……………………….…… 2

CERTIFICATE OF SERVICE ……………………………………………. 3

# INDEX OF AUTHORITIES

**Page No.**

**Cases cited**

*Adil Shafi vs. Braintech, Inc.*, Case No. 2:09-cv-10454 ……………………… vii, 1

**Court rules cited**

LR 7.1(a) ………………………………………………………………… v

## **INDEX OF EXHIBITS**

Jury Verdict Judgment and Order

Court's Order regarding a Master

## **CONCURRENCE OF RELIEF SOUGHT**

Pursuant to LR 7.1(a), the undersigned has sought the concurrence of opposing counsel to the relief sought in the instant motion, but at the time of this filing, no response has yet been received.

## **STATEMENT OF ISSUES**

Is Defendant/Counter-Plaintiff entitled to satisfy the Court's order regarding escrow for Master by using judgment as collateral?

**STATEMENT OF CONTROLLING/MOST APPROPRIATE AUTHORITY**

*Adil Shafi vs. Braintech, Inc*., Case No. 2:09-cv-10454

## FACTS

This Court has issued an Order regarding a Master which provides that Defendant/Counter-Plaintiff file a $5,000.00 escrow fee to guarantee the Master's fee.

## ISSUES

Is Defendant/Counter-Plaintiff entitled to satisfy the Court's order regarding escrow for Master by using judgment as collateral?

## ARGUMENT

The Plaintiffs/Counter-Defendants are the same parties against Defendant/Counter-Plaintiff who has taken a judgment against the Plaintiffs/Counter-Defendants in Case No. 2:09-cv-10454.

In bringing this lawsuit, Plaintiffs Weidinger and Robotic Vision Technologies rely on the relationship and agreements between Shafi and Braintech. Plaintiffs seek the benefit of those relationships and agreements on their personal behalfs. Yet the Court will remember that white finger manipulated the Braintech assets in such a way as to take control of them himself and dispossess the shareholders and creditors of Braintech. Shafi has a $180,000 judgment against Braintech. Interview of Plaintiffs' reliance on the relationship between Shafi and Braintech, Shafi should be able to enjoy the benefit of his $180,000 judgment against Braintech. It is appropriate for the Court to allow Shafi to satisfy the court order regarding escrow for the Master by using this judgment for $180,000 as collateral.

2

## CONCLUSION AND RELIEF REQUESTED

Defendant/Counter-Plaintiff should be entitled to use the judgment to satisfy the Court's order.

Dated: March 28, 2014           DOYLE & MALINZAK, P.C.
                                                   Attorney for Defendant

                                                   By: */s/ T. Michael Doyle*
                                                        T. Michael Doyle (P12931)
                                                        45 Blue Star Highway
                                                        Douglas, Michigan 49406
                                                        (269) 857-3111

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2014, I electronically filed the foregoing paper *(Defendant/Counter-Plaintiff's Motion to Apply Monetary Judgment as Security and Brief in Support)* with the Clerk of the Court using the ECF system, which will send notification of such filing and service of such documents to all parties via their counsel of record at the e-mail addresses disclosed on the Notice of Electronic Filing receipt.

                                DOYLE & MALINZAK, P.C.
                                Attorney for Defendant

                                By:  */s/ T. Michael Doyle*
                                    T. Michael Doyle (P12931)
                                    45 Blue Star Highway
                                    Douglas, Michigan 49406
                                    (269) 857-3111