UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBOTIC VISION TECHNOLOGIES LLC,
and FREDERICK WEIDINGER,

    Plaintiffs,

v.                                        Case Number: 11-12909
                                            Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant.
_____/

## ORDER

On April 3, 2014, the Court held a telephone conference regarding the parties compliance with the Court's Order Appointing Professor Lee Hollaar as Special Master and Professor Hollaar's progress in comparing the parties' source code submissions. Attending were Professor Hollaar; Plaintiff Weidinger, Thomas McNeill – Plaintiffs' counsel – and their experts; and Defendant, his counsel – T. Michael Doyle – and his expert.

Shortly after the telephone conference, Professor Hollaar, as directed, provided the Court and the parties' counsel a list of the information needed from Defendant Adil Shafi:

> 1. For each file type, as indicated by the file name extension in the files provided, a brief description of what the purpose of that file type is and how it is produced. For example, you might say something like "A .xy file is the binary output of the ADDIT translation program whose input is a .yz file."
>
> 2. For each "source" file, documentation of what is contained in the file, such as a programming manual. You can either provide a hard copy of the manual or the URL where it can be found on the Internet.

1

       3. For each of the five directories and, if the information is different their subdirectories, a description of what is contained in the directory, what date(s) it was provided to a customer by the Defendant, and the names of the customers to which it was provided.

Based on discussion at the telephone conference, the Court Orders that:

(1)    As agreed, Defendant must provide Professor Hollaar with all the information listed above no later than April 9, 2014;

(2)    Professor Hollaar will hold a phone conference with the parties during the week of April 14, 2014, to discuss his progress and address any questions or concerns;

(3)    Defendant must deliver to Professor Hollaar a retainer of $5,000 – which was due February 28, 2014 – no later than April 14, 2014; failure to deliver the retainer will result in contempt of court and default judgment.

**IT IS ORDERED**.

                      S/Victoria A. Roberts  
                      Victoria A. Roberts  
                      United States District Judge

Dated: April 3, 2014

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 3, 2014.
>
> s/Linda Vertriest  
> Deputy Clerk