# Exhibit C

From: "James A. Mitchell" <jamitchell@mitchelliplaw.com>
Date: April 25, 2014 at 2:00:22 PM EDT
To: "Thomas McNeill (tmcneill@dickinsonwright.com)" <tmcneill@dickinsonwright.com>
Cc: "Andrew Gerkin (agerkin@gdlawoffice.net)" <agerkin@gdlawoffice.net>, "Mike Doyle (tmichael06t@aol.com)" <tmichael06t@aol.com>
**Subject: Dechow**

    Tom, this will confirm that we know of no reason why you should not contact Mr. Dechow. I have no contact information on him, and have never met or spoken with him. Thanks.


    James A. Mitchell
    **MITCHELL IP LAW, PLLC**
    Office 616 965 2431
    Cell 616 540 2677


**Thomas G. McNeill** Member

| 500 Woodward Avenue Suite 4000 Detroit MI 48226 | Phone 313-223-3632 Mobile 313-516-2436 Fax 313-223-3598 |
|---|---|
| Profile  V-Card | Email TMcNeill@dickinsonwright.com |

DICKINSON WRIGHT PLLC
MICHIGAN ARIZONA NEVADA OHIO TENNESSEE WASHINGTON D.C. TORONTO

1