UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ROBOTIC VISION TECHNOLOGIES, LLC; a Nevada limited liability company; and FREDERICK WEIDINGER, an individual, | Case No. 2:11-cv-12909 |
| Plaintiffs, | Honorable Victoria A. Roberts |
| Vs. | **DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO DISMISS CASE WITHOUT PREJUDICE** |
| ADIL SHAFI, | |
| Defendant. | |

| | |
|---|---|
| Michelle L. Alamo (P60684) | T. Michael Doyle (P12931) |
| Thomas G. McNeill (P36895) | John J. Doyle (P46865) |
| DICKINSON WRIGHT | DOYLE & MALINZAK, P.C. |
| Attorney for Plaintiffs | Attorney for Defendant |
| 500 Woodward Avenue, Suite 4000 | 45 Blue Star Highway |
| Detroit, Michigan 48226-3425 | Douglas, Michigan 49406 |
| (313) 223-3500 | (269) 857-3111 |

NOW COMES Defendant, Adil Shafi, by and through his attorney, John J. Doyle and in response to Plaintiffs' Motion to Dismiss, states as follows:

1. Defendant agrees that this matter should be dismissed without prejudice and without cost to either party. The undersigned notified Plaintiffs' counsel of this by letter on May 27, 2014.

WHEREFORE, Defendant prays that this Honorable Court enter an Order Granting Plaintiffs' Motion.

Dated:  May 30, 2014
                        DOYLE & MALINZAK, P.C.
                        Attorney for Defendant

                        By:  */s/ John J. Doyle*
                            John J. Doyle (P46865)
                            45 Blue Star Highway
                            Douglas, Michigan 49406
                            (269) 857-3111