UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBOTIC VISION TECHNOLOGIES
LLC and FREDERICK WEIDINGER,
an Individual,

        Hon. Victoria A. Roberts
        Mag. Judge Laurie J. Michelson

    Plaintiffs,

v.        Case No. 11-12909

ADIL SHAFI, an Individual,

    Defendant.

## ORDER DISMISSING PLAINTIFFS' CASE WITHOUT PREJUDICE

Plaintiffs' filed a Motion to Dismiss Case without Prejudice (Doc. 63). Defendant responded.

Pursuant to Fed.R.Civ.P 41(a)(2), this Case is dismissed without prejudice and without costs to any party.

**IT IS ORDERED**.

                /s/ Victoria A. Roberts
                United States District Court Judge

Dated: 5/30/14